UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
DANIEL DUARTE,

                            Plaintiff,

      – against –

A QUALITY PARTY & LINEN, INC., and SAMUEL
DANZIGER,

                            Defendant.
------------------------------------------------------------------------x

No. 19-CV-6051 (CS)

**ORDER**

Seibel, J.

      Defendants A Quality Party & Linen, Inc. and Samuel Danziger were each served with a copy of the summons and complaint on July 31, 2019 and August 7, 2019, respectively, (Docs. 5-6), but there has been no activity since, and Plaintiff's counsel has not responded to inquiries from chambers.

      Therefore, the case will be dismissed for failure to prosecute under Federal Rule of Civil Procedure 41(b) unless Plaintiff, by October 30, discontinues, seeks a default judgment in accordance with my Individual Practices, or takes other appropriate action.

**SO ORDERED.**

Dated: October 16, 2020
       White Plains, New York

                                              _____
                                              CATHY SEIBEL, U.S.D.J.